# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2520

_____

| | | |
|---|---|---|
| George James Fiorentino, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the District |
| Bill Vanderbilt, Investigator, Anoka | * | of Minnesota. |
| County Sheriff's Department; David | * | |
| Toth, Detective, Spring Lake Park | * | [UNPUBLISHED] |
| Police Department; Michael | * | |
| Commerford, Drug Enforcement | * | |
| Agency, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: April 6, 2001

Filed: April 11, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

_____

PER CURIAM.

George James Fiorentino appeals the district court's Federal Rule of Civil Procedure 12(b)(6) dismissal of Fiorentino's action brought under 42 U.S.C. § 1983, <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388

(1971), and state law. Having carefully reviewed the record and the parties' briefs, we conclude Fiorentino failed to state any claims on which relief could be granted. <u>See</u> <u>Phillips v. Ford Motor Co.</u>, 83 F.3d 235, 239 (8th Cir. 1996) (standard of review). We also conclude the district court did not abuse its discretion in declining to exercise supplemental jurisdiction over Fiorentino's state law claims, <u>see</u> 28 U.S.C. § 1367(c)(3), but the dismissal of these claims should be without prejudice, <u>see</u> <u>Franklin v. Zain</u>, 152 F.3d 783, 786 (8th Cir. 1998). We thus affirm the judgment but modify the dismissal of the pendent state claims to be without prejudice. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.